Katherine E. Carlton Robinson, Esq. (IN #31694-49)
  *(admitted Pro Hac Vice)*
Erik J. Jones, Esq. (IN #34657-53)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com
E-Mail:  ejones@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com
         kanders@jacobsenmcelroy.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JESSICA SEYMOUR, an individual,<br>         Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1 through 10 inclusive;<br>         Defendants. | CASE NO. 1:17-cv-01038-DAD-EPG<br><br>**STIPULATION AND DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Jessica Seymour ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY– 1:17-CV-01038-DAD-EPG**

| | |
|---|---|
| | Respectfully submitted, |
| Date: May 29, 2018 | */s/ Cory M. Teed (as authorized on 05/30/18)* |

Jeremy S. Golden, Esq.
Cory M. Teed, Esq.
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA  91910
Telephone:  (619) 476-0030
Fax:  (775) 743-0307
E-Mail:  jeremy@goldencardona.com
cory@goldencardona.com

*Counsel for Jessica Seymour*

Date: May 30, 2018        */s/ Erik J. Jones*

Katherine E. Carlton Robinson, Esq.
  (IN #31694-49)
  *(admitted Pro Hac Vice)*
Erik J. Jones, Esq. (IN #34657-53)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com
E-Mail:  ejones@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*


Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com
kanders@jacobsenmcelory.com

*Counsel for Defendant Trans Union, LLC*

**STIPULATION AND DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY– 1:17-CV-01038-DAD-EPG**

**ORDER**

On May 30, 2018, Plaintiff Jessica Seymour and Defendant Trans Union, LLC, filed a stipulation to dismiss all claims of Plaintiff against Defendant Trans Union, LLC, with prejudice. (ECF No. 21). In light of the stipulation, the case against Trans Union, LLC has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

Dated: **May 30, 2018**              /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY– 1:17-CV-01038-DAD-EPG**