# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA SEYMOUR, an individual, | Case No.: 1:17-cv-01038-DAD-EPG |
| Plaintiff, | **Order Granting Joint Stipulation to Continue Discovery Deadline** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC and DOES 1 through 10 inclusive, | **(ECF No. 23)** |
| Defendants. | |

Based on the parties' Joint Stipulation to Continue Discovery Deadline and good cause having been shown, **IT IS HEREBY ORDERED THAT:**

1. The fact discovery deadline is moved to September 7, 2018;
2. All other dates and deadlines to remain the same.

IT IS SO ORDERED.

Dated: __**June 22, 2018**__   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE