# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA SEYMOUR, an individual, | Case No.: 1:17-cv-01038-DAD-EPG |
| Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC and DOES 1 through 10 inclusive, | (ECF No. 28) |
| Defendants. | |

On August 20, 2018, Plaintiff, Jessica Seymour, and Defendant Experian Information Solutions, Inc., filed a stipulation to dismiss the entire action with prejudice (ECF No. 28). The remaining defendant was previously dismissed with prejudice (ECF No. 21). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.
IT IS SO ORDERED.

Dated: **August 20, 2018**        /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE